C10-3675 EMC  Gilles v. City of Petaluma, et al.

## ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED**

Dated: _____10/18/10_____



_____
MAGISTRATE J_____N

1523881_1.DOC